FILED
MARCH 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01716  Document 6  Filed 03/24/2008  Page 1 of 1

08 C 1716

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE ASHMAN**

In the Matter of                                               Case Number:

Ricardo Gaytan,
                    Plaintiff,
v.
Saxon Mortgage Services, Inc., et al.,
                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

**J. N.**

| NAME (Type or print) |
|---|
| Cathleen M. Combs |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Cathleen M. Combs |

| FIRM |
|---|
| Edelman, Combs, Latturner & Goodwin, LLC |

| STREET ADDRESS |
|---|
| 120 S. LaSalle Street, Suite 1800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00472840 | 312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐