UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO GAYTAN,<br><br>      Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.;<br>GMAC MORTGAGE, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1-10,<br>      Defendants. | Case No. 08 C 1716<br><br>Judge Der-Yeghiayan<br><br>Magistrate Ashman |

## GMAC MORTGAGE, LLC'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, GMAC Mortgage, LLC ("GMACM"), by and through its attorneys, Simon Fleischmann and Douglas R. Sargent, respectfully requests entry of an order extending its time to answer or otherwise plead in response to Plaintiff's Complaint. In support of its motion, GMACM states as follows:

1. GMACM and Plaintiff have reached an agreement to allow the subject mortgage loan to be rescinded.

2. This lawsuit should be dismissed shortly, however, the parties need time to finalize the rescission. GMACM therefore requests an additional thirty (30) days to answer or otherwise plead.

3. No party will be prejudiced by allowing GMACM until May 14, 2008 to answer or otherwise plead in response to Plaintiff's Complaint.

4. Counsel for the Plaintiff orally agreed to the extension hereby sought.

WHEREFORE, Defendant GMAC Mortgage, LLC, respectfully requests that this Court enter an order extending its time to answer or otherwise plead in response to Plaintiff's Complaint to May 14, 2008, and for such other relief as this Court deems just and appropriate.

DATED: April 14, 2008

Respectfully Submitted,

GMAC MORTGAGE, LLC

By /s/ Douglas R. Sargent
One of Its Attorneys

Simon Fleischmann (4269589)
Douglas R. Sargent (6290671)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606
Telephone: 312.443.0384
Facsimile: 312.896.6384
dsargent@lockelord.com

2

CHI1 1479819v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO GAYTAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 1716 |
| | ) Judge Der-Yeghiayan |
| SAXON MORTGAGE SERVICES, INC.; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, | ) Magistrate Ashman |
| Defendants. | ) |

### [PROPOSED] AGREED ORDER TO EXTEND TIME FOR GMAC MORTGAGE, LLC TO ANSWER OR OTHERWISE PLEAD

This matter coming to be heard on Defendant GMAC Mortgage, LLC's Motion to Extend Time to Answer or Otherwise Plead, due notice having been given, it is hereby ordered that Defendant GMAC Mortgage, LLC's Motion is granted and Defendant GMAC Mortgage, LLC has until and including May 14, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Enter:

_____

CHI1 1479858v.1