UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO GAYTAN,<br><br>      Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.;<br>GMAC MORTGAGE, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1-10,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 C 1716<br>)<br>) Judge Der-Yeghiayan<br>)<br>) Magistrate Ashman<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Cathleen M. Combs, Esq.
        Edelman, Combs, Latturner & Goodwin, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, IL 60603

PLEASE TAKE NOTICE that on the 24th day of April, 2008, at 9:00 a.m. or as soon as counsel may be heard, the undersigned shall appear before Hon. Samuel Der-Yeghiayan in Room 1903 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **GMAC Mortgage, LLC's Agreed Motion to Extend Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

DATED: April 14, 2008                  GMAC MORTGAGE, LLC

                                                    By /s/ Douglas R. Sargent
                                                         One of Its Attorneys

Simon Fleischmann (4269589)
Douglas R. Sargent (6290671)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0384
Facsimile: 312.896.6384
dsargent@lockelord.com

CHI1 1479926v.1

## Certificate of Service

    I, Douglas R. Sargent, an attorney, do hereby certify that I caused the foregoing Notice of Motion and the pleading referred to therein to be served on the person whose name and address appears on said notice via the Court's electronic filing system this 14th day of April, 2008.

                                        /s/ Douglas R. Sargent
                                            Douglas R. Sargent

CHI1 1479926v.1