UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case   08 C 1716

RICARDO GAYTAN, Plaintiff
   v.
SAXON MORTGAGE SERVICES, INC., et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GMAC MORTGAGE, LLC

| SIGNATURE | /s/ Simon Fleischmann |
|---|---|
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive |
| CITY/STATE/ZIP | Chicago, Illinois 60606-4410 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6274929 | TELEPHONE NUMBER (312) 443-0462 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |