IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO GAYTAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 1716 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| ) | |
| SAXON MORTGAGE SERVICES, INC.; ) | Magistrate Judge Ashman |
| GMAC MORTGAGE, LLC; ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., and DOES 1-10, ) | |
| ) | **JURY DEMANDED** |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ricardo Gaytan hereby voluntarily dismisses the instant action.

Dated April 22, 2008

Respectfully submitted,

s/ Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Zachary A. Jacobs, do hereby certify that a copy of the preceding document was filed electronically on April 22, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Douglas R. Sargent        dsargent@lockelord.com

Simon Fleischmann       sfleischmann@lockelord.com


Notice of this filing will be mailed via Certified Mail to the following parties:

Saxon Mortgage Services, Inc.
c/o registered agent, Illinois Corporation Services Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

Mortgage Electronic Registration Systems, Inc. ("MERS")
c/o registered agent, CT Corporation System,
208 South LaSalle Street, Suite 814
Chicago, IL 60604

                                                s/ Zachary A. Jacobs
                                                Zachary A. Jacobs


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60660
(312) 739-4200
(312) 419-0379 (fax)